■ In the Matter of TERRY KING, Individually and as Father and Natural Guardian of NATIMA KING, et al., Appellants, v CITY OF NEW YORK et al., Respondents.—Order, Supreme Court, Bronx County (Lewis R. Friedman, J.), entered April 10, 1991, which denied petitioners' application for leave to file a late notice of claim, unanimously affirmed, without costs.

Upon review of the record, we find that the IAS Court did not abuse its discretion in denying the application to file a late notice of claim pursuant to General Municipal Law § 50-e (5) where the petitioners failed to demonstrate a reasonable excuse for the failure to serve a timely notice; failed to sustain their burden of demonstrating that the municipal respondents had acquired actual knowledge of the essential facts constituting the claims for, *inter alia,* false arrest, false imprisonment, malicious prosecution, and intentional infliction of emotional distress, within 90 days after the claims arose or a reasonable time thereafter; and where the delay in filing a timely notice deprived the respondents of an opportunity to investigate while the claims were fresh and information relating thereto was readily available (see, Matter of Perry v City of New York, 133 AD2d 692, 693). Concur—Carro, J. P., Milonas, Ellerin and Asch, JJ.